**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Abdul CUNNINGHAM, Defendant–Appellant.**

**No. 13–14583**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 25, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, David L. Haas, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Tracy N. Dacruz, Rosemary Cakmis, Donna Lee Elm, Stephen John Langs,

Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Abdul Cunningham in this direct criminal appeal, has moved to withdraw from further representation of Cunningham and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cunningham's convictions and sentences are **AFFIRMED.**